U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville
Date: 4/13/2026                           Courtroom: 4 - Knoxville

Initial Appearance: ☐Complaint ☐Indictment ☐SSI ☑Information ☐Violation Petition
                    ☐Rule 5
Other Hearing: ☑Arraignment ☐Arraignment on SSI

**Case No.** 3:26-CR-16                    **USA v.** Regan Darby Prater

Present Before: HONORABLE Jill E. McCook                    U.S. Magistrate Judge

Casey Arrowood                    George Wallace                    _____
Assistant U.S. Attorney           Attorney for Defendant           US Probation Officer
                                  ☑Appt. ☐Retd. ☐Ltd. App.
Marian Billingsley                DCR
_____            _____            _____
Courtroom Deputy                  Court Reporter / Digital Recording  Interpreter
                                                                     ☐SWORN

**PROCEEDINGS**:
☐ Financial affidavit executed        Court Appointed: ☐Federal Defender or ☐CJA Attorney
☐ Deft. retained an attorney          ☐Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information        ☐Indictment/Information Read
☐ Deft. pleads not guilty on counts _____      ☑Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination        ☐Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety        ☐Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:
Jury Trial: _____        Final Pretrial Conf.: _____
Detn Hrg: _____          Preliminary Examination: _____
Arraignment: _____       Motion Hrg: _____
Status Conf: _____       Other Hrg: _____
Revocation Hrg: _____

**DEADLINES SET**:
Discovery Ddl: _____     Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____    Response Ddl: _____
Plea Ddl: _____          Other: _____

BOND:
☑ Government moved for detention
☑ Dft WAIVED detention hrg. ☐Detention hrg. set ☐Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Marian Billingsley _____, Deputy Clerk, CERTIFY the official record of this
proceeding is an audio file.
DCR File: 3:26-CR-16  20260413  150020        Court time: 3:00 to 3:12